■ John Simon, Respondent, v Janet M. Krug, Appellant.—Motion to dismiss appeal denied. Present—Denman, P. J., Pine, Balio, Lawton and Davis, JJ.

■ Ned A. Smith, Respondent, v Janet M. Smith, Appellant.—Motion to dismiss appeal denied. Present—Denman, P. J., Pine, Balio, Lawton and Davis, JJ.

■ Garrett M. Savage et al., Respondents, v Specialty Retail Concepts, Inc., et al., Appellants, and Overhead Door Company of Cortland, Inc., Respondent.—Motion to vacate dismissal of appeal granted. Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ. (Order entered Dec. 4, 1991.)

■ In the Matter of Ernest F. Ferullo.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Denman, P. J., Callahan, Doerr, Green and Balio, JJ.

■ In the Matter of Donald W. Merritt, an Attorney, Respondent. Grievance Committee of the Eighth Judicial District, Petitioner.—Resignation accepted and order entered striking name from roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ Christopher T. Melito, Appellant, v Canastota Central School System, Respondent.—Motion and cross motion denied without prejudice to resubmit to Third Department (see, Tierney v OB-GYN Assocs., 176 AD2d 1247). Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ John J. Murphy, Appellant, v Richard A. Hennessy, Jr., et al., Respondents.—Motion to vacate dismissal of appeal denied. Memorandum: Plaintiff has failed to submit facts demonstrating that the appeal has merit. Present—Denman, P. J., Callahan, Doerr, Boomer and Pine, JJ.

■ In the Matter of Shane D. and Others, Infants. Darlene D., Appellant.—Motion to vacate dismissal of appeal granted on condition that appeal is perfected on or before February 26, 1992. Memorandum: Assigned counsel is admonished not to permit an appeal to become abandoned for failure to perfect (see, 22 NYCRR 1000.3 [b] [2]). For good cause, a motion to extend the time to perfect the appeal should be made well in advance of the abandonment date. Present—Denman, P. J., Callahan, Doerr, Boomer and Green, JJ.